# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

               Plaintiff,

vs.

RICARDO MIRANDA,

               Defendant.

2:20-cr-00169-JAD-BNW

**ORDER TO CONTINUE REVOCATION HEARING**

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That counsel for defendant was recently appointed and needs additional time to meet and confer with his client;

1. That MIRANDA is in custody and does not object to a continuance;

2. That Assistant United States Attorney, DANIEL J. COWHIG, does not object to a continuance;

3. That this is the first request for a continuance of the Revocation Hearing in this case;

/ / /

/ / /

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for June 4, 2024, at 11:00 a.m. be vacated and continued to August 5, 2024 at 1:30 pm in the above-noted Federal Courthouse.

DATED this 29th day of May, 2024.

_____
Jennifer A. Dorsey
United States District Judge

Respectfully submitted by:

MANINGO LAW

By:   /s/ Lance A. Maningo
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant

4