UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

          Plaintiff,

vs.

RICARDO MIRANDA,

          Defendant.

2:20-cr-00169-JAD-BNW

**ORDER TO CONTINUE REVOCATION HEARING**

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That because MIRANDA is criminally charged with a new law violation that forms part of the factual allegations of the petition, MIRANDA prefers to address the criminal matter first before resolving the revocation;

2. That MIRANDA is in custody and does not object to a continuance;

3. That United States Probation Officer, Cecil McCarroll, does not object to a continuance;

4. That Assistant United States Attorney, DANIEL J. COWHIG, does not object to a continuance;

5. That this is the third request for a continuance of the Revocation Hearing in this case.

/ / /

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for April 14, 2025, at 11:00 a.m. be vacated and continued to July 14, 2025, at 10:00 a.m. in the above-noted Federal Courthouse.

DATED: February 26, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:   /s/ Lance A. Maningo
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant

4